NO. 25-1555

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

_____

**JASON GRANT, ALLISON TAGGART, LISA PETERSON, AND SAMANTHA LYONS, Plaintiffs-Appellants,**

**v.**

**TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, GEOFFREY D. NOBLE, AND MICHAEL W. MORRISSEY, Defendants-Appellees,**

_____

**On Appeal from the United States District Court for the District of Massachusetts**

_____

**APPELLEES' JOINT ASSENTED-TO MOTION TO CONTINUE ORAL ARGUMENT**

_____

Andrea Campbell Joy
Attorney General, Commonwealth of Massachusetts

Robert A. Fisher (Bar No. 121676)
Special Assistant Attorney General
NIXON PEABODY LLP
53 State Street
Boston, MA  02109
Tel.: (617) 345-1000
Fax: (617) 345-1300

Appellees Hon. Beverly J. Cannone, the Trial Court of the Commonwealth of Massachusetts, Geoffrey D. Noble, and Michael W. Morrissey hereby move this Court, pursuant to Fed. R. App. P. 34(b) and 1st Cir. L.R. 34.1(d), to continue the March 2, 2026 oral argument date to May 7, 2026.

In support of this motion, Appellees state the following:

1.    Counsel for Appellees Hon. Beverly J. Cannone and Trial Court of the Commonwealth is scheduled to begin a civil trial on March 2, 2026 in Massachusetts Superior Court, Middlesex County (No. 2081CV02911).

2.    The trial date in the above-referenced matter has been set for multiple years and is not likely to be moved. Moreover, this trial is expected to take at least four weeks.

3.    Oral argument is presently scheduled for the same day, March 2, 2026.

4.    Counsel for Appellants does not oppose postponement of the March 2, 2026 oral argument date; however, counsel for Appellants will be unavailable during the Court's April 6–9, 2026 sitting due to the Passover holiday.

5.    Further, counsel for Appellees Noble and Morrissey has a pre-existing conflict during the Court's May 4, 5, and 6 sitting dates.

6.    Counsel for Appellants does not oppose postponing oral argument to May 7, 2026.

7.    No party will be prejudiced by the requested continuance.

**WHEREFORE**, Appellees respectfully request that this Court continue the March 2, 2026 oral argument date to May 7, 2026.

Respectfully submitted,

Defendant-Appellees
GEOFFREY NOBLE and MICHAEL
MORRISSEY

Defendant-Appellees,
BEVERLY J. CANNONE and TRIAL
COURT OF THE
COMMONWEALTH OF
MASSACHUSETTS

By their attorneys,

By their attorneys,

Andrea Campbell Joy
Attorney General, Commonwealth of
Massachusetts

/s/ *John R. Hitt*
John R. Hitt (Bar No. 59001)
Assistant Attorney General
1 Ashburton Place
Boston, MA 02108
Tel: (617) 963-2084
john.hitt@mass.gov

/s/ *Robert A. Fisher*
Robert A. Fisher (Bar No. 121676)
Special Assistant Attorney General
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
Tel.: (617) 345-1000
Fax: (617) 345-1300
rfisher@nixonpeabody.com

Dated: January 26, 2026

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P 32(f);

   **X**    this document contains **237** words, **or**

   ___ this document uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface requirements of Fed. R. App. P. 32(a)(6) because:

   **X**    this document has been prepared in a proportionally spaced typeface using *Microsoft Word 2024* in *Times New Roman, 14 pt.,* **or**

   _____ this document has been prepared in a monospaced typeface using _____ with _____.

   */s/ Robert A. Fisher* _____

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that this Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, January 26, 2026.

*/s/ Robert A. Fisher*
Robert A. Fisher