**No. 25-1555**

*In the*

# UNITED STATES COURT OF APPEALS
*for the*
# FIRST CIRCUIT

JASON GRANT, ALLISON TAGGART,
LISA PETERSON, AND SAMANTHA LYONS, *Plaintiffs-Appellants,*

v.

TRIAL COURT OF THE COMMONWEALTH OF
MASSACHUSETTS; BEVERLY J. CANNONE; GEOFFREY NOBLE,
AND MICHAEL W. MORRISSEY, *Defendants-Appellees.*

MICHAEL D'ENTREMONT, *Defendant.*

*On Appeal from the United States District Court
for the District of Massachusetts
No. 1:25-cv-10770-MJJ
The Honorable Myong J. Joun*

**APPELLANT'S ASSENTED-TO MOTION TO RESCHEDULE ORAL
ARGUMENT**

MARC J. RANDAZZA
JAY M. WOLMAN
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
ecf@randazza.com
Attorneys for Plaintiffs-Appellants

TO THE HONORABLE COURT OF APPEALS:

Appellants respectfully file this motion pursuant to Fed. R. App. P. 34(b) and 1st Cir. L.R. 34.1(d), to reschedule the oral argument in this matter, presently set for May 7, 2026, to the Court's sitting in the first week of June 2026.  In support hereof, Appellants state as follows:

1.  Counsel for Appellants have been recently scheduled to appear before the Thirteenth District Court of Appeals in Texas in *Toni Marek v. Phi Theta Kappa Honor Society,* Cause No. 13-26-00386-CV, for oral argument on May 7, 2026.

2.  The Texas Court set argument for that date despite the known opposition of Appellants' counsel, and it is unlikely that counsel will be able to procure a rescheduling of that matter.

3.  In contrast, counsel for Appellees here are far more accommodating and have assented to the relief requested herein.

4.  No party will be prejudiced by the requested continuance.

WHEREFORE, Appellants respectfully request that this Court continue the May 7, 2026, oral argument date to the first week of June 2026.

Date: March 12, 2026.  Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Marc J. Randazza (Bar No. 90629)
Jay M. Wolman (Bar No. 1135959)
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

*Attorneys for Appellant*s

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: March 12, 2026.　　　　　　　　RANDAZZA LEGAL GROUP, PLLC

　　　　　　　　　　　　　　　　　　/s/ Jay M. Wolman
　　　　　　　　　　　　　　　　　　JAY M. WOLMAN